IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN R. HARRIS, #172793, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )    CASE NO. 2:04-cv-841-MEF |
| | ) |
| SIDNEY T. WILLIAMS, *et al*., | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on July 13, 2006 (Doc. #34), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The motion to dismiss filed by the plaintiff on July 10, 2006 is GRANTED.

2. This case is DISMISSED with prejudice as the plaintiff concedes that the defendants have not acted in violation of any constitutionally protected right.

3. No costs are taxed herein.

DONE this the 1st day of August, 2006.

                                                    /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE